## CASES REPORTED WITHOUT PUBLISHED OPINIONS
### (FILED 20 AUGUST 2013)

| | | |
|---|---|---|
| BRYANT v. AP INDUS.<br>No. 12-1456 | Catawba<br>(11CVS3106) | Affirmed in Part,<br>Reversed and<br>Remanded in Part. |
| CNTY. OF DURHAM v. ORR<br>No. 13-109 | Durham<br>(92CVD5241) | Reversed |
| COLEMAN v. ORR<br>No. 13-8 | Wake<br>(12CVD13147) | Dismissed |
| DUKE UNIV. HEALTH SYS., INC.<br>v. SPARROW<br>No. 13-12 | Durham<br>(10CVS2732) | Affirmed |
| EDGERTON v. OLIVER<br>No. 12-1455 | Buncombe<br>(12CVD1061) | Affirmed |
| GOOD v. OMEGA V, LLC<br>No. 12-1490 | Watauga<br>(11CVS862) | Affirmed |
| IN RE A.D.S.<br>No. 13-147 | Currituck<br>(11J7)<br>(11J9) | Affirmed |
| IN RE A.W.<br>No. 13-161 | Chatham<br>(12JA32-33) | Affirmed in Part,<br>Reversed in Part,<br>Vacated and<br>Remanded<br>in Part. |
| IN RE G.P.C.<br>No. 13-327 | Henderson<br>(09JT170-171) | Affirmed |
| IN RE K.B.G.<br>No. 13-160 | Mitchell<br>(09J32) | Reversed and<br>Remanded |
| IN RE L.L.<br>No. 13-454 | Orange<br>(11JA1)<br>(13CVD142) | Affirmed in part,<br>Vacated and<br>Remanded in part |
| IN RE N.B.<br>No. 13-419 | Robeson<br>(11JT13-15) | Reversed and<br>Remanded |
| IN RE S.E.A.<br>No. 13-225 | New Hanover<br>(11JT131-135) | Affirmed |